IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREEN MUNYIR TREVER : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 23-2479 |
| COMMONWEALTH OF PENNSYLVANIA : | |
| PHILADELPHIA MUNICIPAL COURT : | |
| TRAFFIC DIVISION et. al. : | |

**O R D E R**

**AND NOW**, this  5th  day of January, 2024, upon consideration of Plaintiff's Emergency Motion for Stay Order (ECF No. 12), and the Motion to Dismiss Plaintiff's Petition for Judicial Review filed on behalf of Defendant, Commonwealth of Pennsylvania, Philadelphia Municipal Court, Traffic Court Division ("Traffic Court") (ECF No. 16), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Plaintiff's Motion is **DENIED**;

2. Defendant's Motion is **GRANTED**;

3. Plaintiff's Petition for Judicial Review (ECF No. 3) is **DISMISSED** *with prejudice with respect to Defendant Traffic Court*;

4. The Clerk of Court shall issue Summonses as to Defendants "Philadelphia 35th Police Department" and "Philadelphia Parking Authority."

5. Once the Summonses are issued, Plaintiff shall serve the Summonses and Petition in accordance with the manner and time described in Federal Rule of Civil Procedure 4.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**